IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



KENNETH E. GOODMAN                                  PETITIONER

VS.                                           CIVIL ACTION NO. 5:09cv46-DCB-MTP

UNITED STATES OF AMERICA                          RESPONDENT

## ORDER OF DISMISSAL

PETITIONER having moved [7] for a voluntary dismissal of this matter, and no party having answered or otherwise appeared, this matter is hereby dismissed without prejudice. All pending motions are denied as moot

SO ORDERED on June 24, 2009.

_____
United States Magistrate Judge